**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| NICOLE ELMORE, | Case No.: 3:08-cv-03018-JES-CHE |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| PRIMARY FINANCIAL SERVIES, LLC | |
| Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipate filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
      Richard J. Meier
      Attorney for Plaintiffs
      The Sears Tower
      Suite 5150
      Chicago, IL 60606
      Telephone: 1.866.339.1156
      rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Steve Vernon
Hinshaw & Culbertson, LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
*Attorney for Defendant*

                                  */s/ Richard J. Meier*