**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| NICOLE ELMORE, | Case No.: 3:08-cv-03018-JES-CHE |
| Plaintiffs, | |
| v. | **NOTICE OF DISMISSAL** |
| PRIMARY FINANCIAL SERVIES, LLC | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     */s/ Richard J. Meier*
        Richard J. Meier
        The Sears Tower
        Suite 5150
        Chicago, IL 60606
        Telephone: 1.866.339.1156
        rjm@legalhelpers.com
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Steve Vernon
Hinshaw & Culbertson, LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
*Attorney for Defendant*

*/s/ Richard J. Meier*